IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

THE UNITED STATES OF AMERICA, )
on behalf of and for the use of )
STAN WEAVER AND COMPANY, )
)
Plaintiff, )
)
v. ) CASE NO. CV419-329
)
FIRST INFINITY CONSTRUCTION, )
INC., and UNITED STATES FIRE )
INSURANCE COMPANY, )
)
Defendants. )
)

## O R D E R

Before the Court is Plaintiff's Notice of Voluntary Dismissal of Complaint With Prejudice. (Doc. 8.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." As requested by Plaintiff, this action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and attorneys' fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 20th day of February 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA